

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00450-CR

Maria Paula **RODRIGUEZ-GARZA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2022CRN000913D1
Honorable Jose A. Lopez, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's memorandum opinion of this date, the trial court's final judgment of conviction is AFFIRMED.

SIGNED September 30, 2025.

Irene Rios, Justice